UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| ROBERT PRATT, | ) | No. 5:22-cv-03683-KDW |
| Plaintiff, | ) | |
| v. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 4th day of May, 2023, upon consideration of the Defendant's Motion for Remand, ECF No. 19, pursuant to Sentence Four of 42 U.S.C. § 405(g), to which Defendant indicates Plaintiff's counsel consents, it is hereby **ORDERED** that the Defendant's Motion, ECF No. 19, is GRANTED and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

May 4, 2023
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge