UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| ROBERT PRATT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 5:22-cv-3683-KDW |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 9th day of August, 2023, it is hereby, ORDERED that Plaintiff Robert Pratt's Petition for Attorney's Fees, ECF No. 23, is granted, and Plaintiff is awarded attorney fees in the amount of Five Thousand Six Hundred Seventy-One Dollars and 81/100 Cents ($5,671.81), no expenses and no costs under 28 U.S.C. § 2412(a), (d), of the Equal Access to Justice Act ("EAJA"). This award will be paid directly to Plaintiff, Robert Pratt, and sent to the business address of Plaintiff's counsel.  Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

August 9, 2023                                                                                  Kaymani D. West
Florence, South Carolina                                                           United States Magistrate Judge